■ WILLIAM CORDES et al., Appellants, v SALVATORE TORRISI, Respondent. — In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal from a judgment of the Supreme Court, Suffolk County (Cannavo, J.), entered December 12, 1983, in defendant's favor, upon a jury verdict.

Judgment affirmed, with costs.

Plaintiffs were injured in a collision when defendant's automobile went out of control, allegedly because the steering mechanism malfunctioned. The trial court charged the emergency doctrine, over objection, in accordance with 1 PJI 2:14. The jury returned a verdict for the defendant.

Under the circumstances, the emergency charge was properly given (*Liability of owner or operator of motor vehicle for accident resulting from alleged breaking of or defect in steering mechanism*, Ann., 23 ALR2d 539, 548-549), and the issues were properly submitted to the jury for its resolution (3 Encyclopedia NY Law, Automobiles § 2124). Mollen, P. J., Titone, Lazer and Thompson, JJ., concur.